10UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 3:17-CR-16 |
| | § | |
| CHARLIE JAMES JONES | § | |

### O R D E R

Pending before the Court is the Government's Unopposed Motion for Continuance (Dkt. 37) to which the Defendant is unopposed. In accordance with 18 U.S.C. § 3161, the basis for the continuance is the finding that the ends of justice served in granting such continuance outweigh the best interests of the public and the Defendant in a speedy trial.

The Court finds that, pursuant to 18 U.S.C. § 3161, a failure to grant continuance in this case would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation taking into account the exercise of due diligence and would thereby result in a miscarriage of justice for the Defendant.

The Government recites that there has been inadequate time to sufficiently prepare for trial. Denial of the reasonable time necessary for effective trial preparation is expressly enunciated in 18 U.S.C. § 3161 as a factor in determining that a continuance in the ends of justice would outweigh the public's interest in a speedy trial.

**IT IS HEREBY ORDERED** that the Government's motion for continuance is **GRANTED**. A period of excludable delay shall commence from today, **September 26,**

**2018,** pursuant to 18 U.S.C. § 3161, and continue until **November 26, 2018**. It is further

ORDERED that the scheduling order is amended as follows:

    **October 19, 2018**    All MOTIONS will be filed no later than this date.

    **November 2, 2018**    RESPONSES to motions will be filed no later than this date.

    **November 16, 2018**    PRETRIAL CONFERENCE
    **at 10:00 AM**

    **November 26, 2018**    JURY TRIAL.
    **at 9:00 AM**

SIGNED at Galveston, Texas, this 26th day of September, 2018.

                                               _____
                                               George C. Hanks Jr.
                                             United States District Judge